IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

DEBORAH A. EVANS,             Case No.:  3:06cv547/MCR/EMT
   Appellant/Debtor.                 Bankruptcy Case:  06-30630-LMK

_____/

**REPORT AND RECOMMENDATION**

        This cause is before the court upon Appellant's notice of appeal from an order of the bankruptcy court dismissing her bankruptcy case (*see* Doc. 2, attachs. 1, 2, 3).  Appellant Evans filed a motion for leave to proceed in forma pauperis on appeal with the bankruptcy court, but the bankruptcy court denied the motion (*id*., attachs. 4, 5).  This court issued an order on December 19, 2006, directing Appellant to pay the filing fee of $255.00 within twenty days (Doc. 3).  Appellant filed a response to that order asserting that her appeal should be held in abeyance until the bankruptcy court entered a final judgment dismissing her case with prejudice (Doc. 4).  Furthermore, Appellant asserts that the bankruptcy court did not have authority to deny her motion to proceed in forma pauperis on appeal (*id*.).  Because Appellant failed to comply with the order of this court directing her to pay the appellate filing fee and has failed to show good cause for her failure to do so, the undersigned recommends that this case be dismissed.

        Additionally, the court notes that Appellant failed to file a designation of the record on appeal as required by Bankruptcy Rule 8006 (*see* Doc. 1, Bankruptcy Transmittal Sheet; *see also* Doc. 2, Certified Docket Report from Bankruptcy Proceeding).  Therefore, this appeal should be dismissed.  See <u>Han v. GE Capital Small Business Finance Corp</u>, Case No. 3:06cv474/MCR/EMT (N.D. Fla. Dec. 21, 2006) (Doc. 6, Order of Dismissal); <u>Clayton v. Liberty Savings Bank</u>, Case No. 3:02cv65/RV (N.D. Fla. May 1, 2002) (Doc. 3, Order of Dismissal); <u>In re: Dennis & Linda Martin</u>, Case No. 3:00cv008/LAC (N.D. Fla. Feb. 8, 2000) (Doc. 2, Order of Dismissal).

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED**.

At Pensacola, Florida this 11th day of January 2007.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636**; United States v. Roberts, **858 F.2d 698, 701 (11th Cir. 1988).**