**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE:

DEBORAH A. EVANS,             Case No.:  3:06cv547/MCR/EMT
    Appellant/Debtor.       Bankruptcy Case:  06-30630-LMK

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 9, 2007.  Appellant/Debtor has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This appeal is **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

    **DONE AND ORDERED** this 9th day of July, 2007.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**